UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN O. MARTINEZ,

        Plaintiff,

    v.

CITY OF WILLIAMS, CITY OF WILLIAMS POLICE DEPARTMENT, et al.,

        Defendants.
_____/

NO. CIV. S-08-30 LKK/DAD

O R D E R

    A status conference was held in chambers on March 10, 2008. After hearing, the court orders as follows:

    1.   The case is stayed pending VDRP. The matter is referred to VDRP and the parties are to report whether the case has been disposed of or not.

    IT IS SO ORDERED.

    DATED: March 12, 2008.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

1