UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN O. MARTINEZ,

        Plaintiff,

    v.

CITY OF WILLIAMS, et al.,

        Defendants.
/

NO. CIV. 08-030 LKK/DAD

O R D E R

On March 12, 2008, the court referred this matter to VDRP, and stayed proceedings pending completion of that program. On January 16, 2009, the court was informed that the VDRP process was completed, and that the matter did not settle. Accordingly, the court LIFTS the stay of this case. A scheduling conference is SET for May 11, 2009, at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: April 8, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT