UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN O. MARTINEZ,

                                 NO. CIV. S-08-30 LKK/KJN

      Plaintiff,

  v.

CITY OF WILLIAMS,                     O R D E R
CITY OF WILLIAMS POLICE
DEPARTMENT, et al.,

      Defendants.
_____/

    Pursuant to the stipulation filed by the parties on June 4, 2010 (Dkt. No. 16), the settlement conference in the above-captioned matter will occur before Magistrate Judge Kendall J. Newman, and the parties waive all disqualification thereof. See Local Rule 270(b). Said conference shall occur on June 22, 2010 at 9:30 a.m. in the chambers of Judge Newman.

    IT IS SO ORDERED.

    DATED: June 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT