IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN O. MARTINEZ,

       Plaintiff,                    No. 2:08-cv-00030 LKK KJN

      v.                            <u>ORDER</u>

CITY OF WILLIAMS POLICE DEPARTMENT, et al.,

       Defendants.

       The parties, by and through their counsel, met in a settlement conference on June 22, 2010. The parties' appearances were placed on the record. The case settled at conference and the settlement was placed on the record.

       It is HEREBY ORDERED that the parties shall file dispositive papers with this court no later than 30 days from the date of this order. All previously scheduled dates in this case are vacated.

       IT IS SO ORDERED.

DATED: June 22, 2010

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE