BRUCE A. KILDAY, ESQ., SBN. 66415
  Email:  bkilday@akk-law.com
CORI R. SARNO, ESQ., SBN. 230559
  Email:  csarno@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants, City of Williams, Chief James Saso, Officer Michael Rynearson and Officer Ivan Maldonado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MARTIN O. MARTINEZ, | ) Case No.:  2:08-cv-00030-LKK-KJN |
|---|---|
| Plaintiff, | ) **DISMISSAL STIPULATION** |
| vs. | ) |
| CITY OF WILLIAMS, et al. | ) |
| Defendants. | ) |

The parties, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice as to Chief of Police James P. Saso, Officer Michael Rynearson, and Officer Ivan Maldonado.  It is further stipulated that each party is to bear its own costs, including any attorney's fees.

Dated:  6/25/10                                                    ANGELO, KILDAY & KILDUFF

                                                                                    */s/ Bruce A. Kilday*
                                                                              By:_____
                                                                                    BRUCE A. KILDAY
                                                                                    CORI R. SARNO
                                                                                    Attorneys for Defendants City of
                                                                                    Williams, Chief James Saso, Officer
                                                                                    Michael Rynearson and Officer Ivan
                                                                                    Maldonado

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 6/27/10 | MORENO & RIVERA |
| 3 | | */s/ Jesse M. Rivera* |
| 4 | | By:_____ |
| | | JESSE M. RIVERA |
| 5 | | Attorneys for Plaintiffs |

ORDER

IT IS SO ORDERED.

Dated: July 2, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT