1 | BRUCE A. KILDAY, ESQ., SBN. 66415
    Email: bkilday@akk-law.com
2 | **ANGELO, KILDAY & KILDUFF**
3 | Attorneys at Law
    601 University Avenue, Suite 150
4 | Sacramento, CA  95825
    Telephone:  (916) 564-6100
5 | Telecopier:  (916) 564-6263

6 |
    Attorneys for Defendants, City of Williams,
7 | Williams Police Department

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN O. MARTINEZ, | Case No.: 2:08-cv-00030-LKK-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| CITY OF WILLIAMS, WILLIAMS POLICE DEPARTMENT, CHIEF OF POLICE, JAMES P. SASO, OFFICER MICHAEL RYNEARSON, OFFICER IVAN MADLONADO and Does 1 to 30, | |
| Defendants. | |

   The parties, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice as to the City of Williams (also sued herein as Williams Police Department).  It is further stipulated that each party is to bear its own costs, including any attorney's fees

Dated: July 19, 2010                    ANGELO, KILDAY & KILDUFF
                                         */s/ Bruce A. Kilday*
                                        By:_____
                                           BRUCE A. KILDAY
                                        Attorneys for Defendants CITY OF
                                        WILLIAMS, CHIEF JAMES SASO,
                                        OFFICER MICHAEL RYNEARSON AND
                                        OFFICER IVAN MALDONADO

1

2  Dated: July 26, 2010                    MORENO & RIVERA
                                                */s/ Jesse M. Rivera*
3                                          By:_____
                                              JESSE M. RIVERA
4                                             Attorneys for Plaintiffs

5                           **ORDER**

6  IT IS SO ORDERED.

7  Dated: July 27, 2010.

8

9
                    _____
10                  LAWRENCE K. KARLTON
                    SENIOR JUDGE
11                  UNITED STATES DISTRICT COURT

12

{Stipulation for Dismissal; 00040530}-2-
**Stipulation for Dismissal**